IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANNA DOHERTY,

    Plaintiff,

v.

CITY OF ALAMEDA,

    Defendant.

No. C 09-04962 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On October 26, 2009, Defendant filed a Motion to Dismiss, which is noticed for hearing on January 8, 2010. It is HEREBY ORDERED that Plaintiff's opposition to the motion shall be due on November 13, 2009. Defendant's reply shall be due on November 20, 2009. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing. If the parties seek to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: October 27, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE