IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA DOHERTY,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF ALAMEDA,<br><br>    Defendant.<br>_____/ | No. C 09-04962 JSW<br><br>**ORDER GRANTING IN PART REQUEST FOR CONTINUANCE** |

On October 26, 2009, Defendant filed a Motion to Dismiss, which is noticed for hearing on January 8, 2010. On October 27, 2009, the Court issued a briefing schedule that required Plaintiff to file her opposition brief by November 18, 2009. On November 12, 2009, Plaintiff filed a request for a sixty day extension "to allow Plaintiff to seek pro-bono legal advise and representation given that Defendant has removed the case to Federal Court." (Docket No. 14.) Defendant objects to the request.[1] The Court shall grant Plaintiff a brief continuance to file an opposition to the motion. However, because Plaintiff has not detailed what efforts, if any, she has made to obtain legal representation, the Court will not grant Plaintiff's request in full.

Accordingly, Plaintiff shall have until December 11, 2009 to file an opposition brief, and Defendant may file a reply by no later than December 18, 2009. The Court shall not look

---

[1] Defendant is correct that even through Plaintiff is proceeding *pro se*, she must follow the rules of procedure of this Court. However, contrary to Defendant's argument, Plaintiff did not wait until after her opposition brief was due to file her request for an extension.

favorably on any further requests from Plaintiff for additional time to respond to Defendant's motion.[2]

Plaintiff is again HEREBY ADVISED that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. Plaintiff may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: November 30, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[2] Indeed, because of this Court's unavailability, Plaintiff has had over thirty days to prepare her response to Defendant's motion and to seek legal representation.

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEANNA DOHERTY,

    Plaintiff,

v.

ALAMEDA CITY OF et al,

    Defendant.
                          /

Case Number: CV09-04962 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deanna Doherty
4701 San Leandro St.
Oakland, CA

Dated: November 30, 2009

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk