IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANNA DOHERTY,

    Plaintiff,

v.

CITY OF ALAMEDA,

    Defendant.
                                              /

No. C 09-04962 JSW

**ORDER RE DEADLINE FOR REPLY BRIEF**

On October 26, 2009, Defendant filed a Motion to Dismiss, which is noticed for hearing on January 8, 2010. On October 27, 2009, the Court issued a briefing schedule that required Plaintiff to file her opposition brief by November 18, 2009. On November 12, 2009, Plaintiff filed a request for a sixty day extension "to allow Plaintiff to seek pro-bono legal advise and representation given that Defendant has removed the case to Federal Court." (Docket No. 14.) Defendant objected to the request. However, on November 30, 2009, the Court issued an Order granting Plaintiff until December 11, 2009 to file her opposition brief, and granted Defendant until December 18, 2009, to file a reply.[1] It has come to the Court's attention that although the Order was served on Plaintiff on November 30, 2009, the Order was not posted on the ECF system on that date. Accordingly, assuming Plaintiff has timely filed her opposition, if

//

//

//

---

[1] The Court has not yet received Plaintiff's opposition brief.

1  Defendant requires additional time to file its reply, due to the Court's clerical error, the Court
2  shall look favorably on such a request.
3  **IT IS SO ORDERED.**

Dated: December 14, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

\

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEANNA DOHERTY,

    Plaintiff,

v.

ALAMEDA CITY OF et al,

    Defendant.

Case Number: CV09-04962 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deanna Doherty
4701 San Leandro St.
Oakland, CA

Dated: December 14, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk