1  Gregory M. Fox, State Bar No. 070876
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, California 94109
   Telephone:   (415) 353-0999
4  Facsimile:    (415) 353-0990

5  Teresa L. Highsmith State Bar No. 155262
   Laura E. Zagaroli, State Bar No. 251682
6  Office of the City Attorney
   2263 Santa Clara Avenue, Room 280
7  Alameda, California 94501-4477
   Telephone:   (510) 747-4750
8  Facsimile:    (510) 747-4767

9  Attorneys for Defendant
   CITY OF ALAMEDA
10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14

15  DEANNA DOHERTY,                    Case No.: CV09-4962 JSW

16          Plaintiff,                 **[PROPOSED] ORDER GRANTING
        vs.                            DEFENDANT CITY OF ALAMEDA'S
17                                     REQUEST FOR ADDITIONAL TIME TO
    CITY OF ALAMEDA,                   FILE REPLY IN SUPPORT OF ITS
18                                     MOTION TO DISMISS FIRST AMENDED
            Defendant.                 COMPLAINT**
19

20       On November 30, 2009, the Court issued an Order granting Plaintiff until December 11, 2009

21  to file her opposition brief, and granted Defendant until December 18, 2009, to file a reply. The Order

22  was served on Plaintiff on November 30, 2009 but not posted on the ECF system until December 14,

23  2009. Plaintiff provided to the City Clerk of the City of Alameda on December 11, 2009 a copy of

24  the opposition and request for judicial notice, and the City Clerk forwarded copies to defense counsel,

25  but plaintiff did not, and has not as of December 15, 2009, served said counsel.  Said pleadings are

26  voluminous and include a number of exhibits attached to the request for judicial notice.

27       The Court indicated in its Order of December 14, 2009 that, due to the Court's clerical error

28  and late e-filing of its order, it would "look favorably" on a request for more time by the Defendant to

1  file its reply.

2  Based on all of these circumstances the defendant City of Alameda therefore filed on
3  December 15, 2009 its application for more time to file its reply and requested an extension until
4  December 28, 2009.

5  Accordingly, good cause appearing, the Court HEREBY ORDERS THAT:

6  Defendant City of Alameda shall have to and including December 28, 2009 to prepare, file
7  and serve its reply.

8  IT IS SO ORDERED.

10  Dated: December 17, 2009

*[signature: Jeffrey S. White]*
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR ADDITIONAL TIME
TO FILE REPLY Re: MOTION TO DISMISS