IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA DOHERTY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA,<br><br>    Defendant.<br>_____/ | No. C 09-04962 JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES AND ORDER VACATING HEARING ON MOTION TO DISMISS** |

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Magistrate Judge Elizabeth D. Laporte to determine whether it is related to *Doherty v. City of Alameda, et al.*, Case No. 09-4961 EDL. In light of this referral order, the hearing on Defendant's Motion to Dismiss scheduled for Friday, January 8, 2010 at 9:00 a.m., is HEREBY VACATED and shall be reset, if necessary, by separate order.

**IT IS SO ORDERED.**

Dated: January 4, 2010

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

cc:    Wings Hom
        Judge LaPorte's Chambers

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

DEANNA DOHERTY,

    Plaintiff,

v.

ALAMEDA CITY OF et al,

    Defendant.

Case Number: CV09-04962 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deanna Doherty
4701 San Leandro St.
Oakland, CA

Dated: January 4, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk