IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA DOHERTY, | No. C 09-04962 JSW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CITY OF ALAMEDA, | |
| Defendant. / | |

On April 1, 2010, this Court entered an Order granting Defendant's motion to dismiss and granting Plaintiff leave to file an amended complaint by no later than April 23, 2010. In that Order, the Court advised Plaintiff that if she failed to file an amended complaint by that date, the matter would be dismissed without further notice. Plaintiff has not filed an amended complaint. Accordingly, for the reasons set forth in the Court's April 1, 2010 Order, this matter is DISMISSED. A separate judgment shall be entered, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 4, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEANNA DOHERTY,

          Plaintiff,

  v.

ALAMEDA CITY OF et al,

          Defendant.
                                      /

Case Number: CV09-04962 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deanna Doherty
4701 San Leandro St.
Oakland, CA 94601

Dated: May 4, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk